**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD ANDERSON,**

        **Plaintiff,**

-vs-                                      **Case No. 6:13-cv-1754-Orl-28DAB**

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

        **Defendant.**
_____

## ORDER

In light of the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 11), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd day of January, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record